376 P.2d 491

**Walter R. LOTT, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, SANTA FE, New Mexico et al., Respondents.**

**No. 9 HC.**

Supreme Court of New Mexico.

Dec. 7, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE, NOBLE, Justices, concurring.

ORDERED that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for failure to allege grounds for issuance of said writ.